FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 2 2005

GREGORY C. LANGHAM
CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____ **05-CV-1284** _____

**(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)**

JACKIE LOYD CARR,

      Plaintiff,

v.

HOYTE BRILL – Warden of Kit Carson Corr. Center,
MR. SLOAN, Assistant Warden – K.C.C.C.,
MR. TRIMMER, Principal of K.C.C.C.,
MR. CARTER, Hearing Officer – K.C.C.C.,
S. VAUGHN, Grievance Cordinator [sic] – K.C.C.C., and
MIKE MARTINEZ – Kitchen Manager, K.C.C.C.,

      Defendants.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. §1915, and a Prisoner Complaint.  The court has determined that

the documents are deficient as described in this order.  Notwithstanding the

deficiencies, the clerk of the court will be directed to commence a civil action.  Plaintiff

will be directed to cure the following if he wishes to pursue his claims.  Any papers

which the Plaintiff files in response to this order must include the civil action number on

this order.  **28 U.S.C. § 1915 Motion and Affidavit:**
(1)    __      is not submitted
(2)    __      is missing affidavit

(3)   _X_   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (<u>Account statement submitted is not certified by a prison official</u>.)

(4)   ___   is missing required financial information

(5)   ___   is missing an original signature by the prisoner

(6)   ___   is not on proper form (must use the court's current form)

(7)   ___   names in caption do not match names in caption of complaint, petition or habeas application

(8)   ___   An original and a copy have not been received by the court. Only an original has been received.

(9)   ___   other _____

**Complaint, Petition or Application:**

(10)   ___   is not submitted

(11)   ___   is not on proper form (must use the court's current form)

(12)   ___   is missing an original signature by the prisoner

(13)   ___   is missing page nos. ___

(14)   ___   uses et al. instead of listing all parties in caption

(15)   ___   An original and a copy have not been received by the court. Only an original has been received.

(16)   ___   Sufficient copies to serve each defendant/respondent have not been received by the court.

(17)   ___   names in caption do not match names in text

(18)   ___   other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

2

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this __12__ day of ____July____, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  **05-CV-1284**

Jackie Loyd Carr
Reg. No. 76686
AVCF
P.O. Box 1000
Crowley, CO 81034

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on ___7-12-05___

GREGORY C. LANGHAM, CLERK

By: _____
                    Deputy Clerk